B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Borstein, Scott R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Tatar, Lauren D. W.** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **xxx-xx-3952** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-7440** |
| Street Address of Debtor (No. and Street, City, and State): **3708 N. Paulina St. Chicago, IL** ZIP Code **60613** | Street Address of Joint Debtor (No. and Street, City, and State): **3708 N. Paulina St. Chicago, IL** ZIP Code **60613** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Borstein, Scott R.** **Tatar, Lauren D. W.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Borstein, Scott R.**
**Tatar, Lauren D. W.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott R. Borstein**
Signature of Debtor **Scott R. Borstein**

X **/s/ Lauren D. W. Tatar**
Signature of Joint Debtor **Lauren D. W. Tatar**

Telephone Number (If not represented by attorney)

**May 12, 2014**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004 Fax: 312-663-1514**
Telephone Number

**May 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Scott R. Borstein**
**Lauren D. W. Tatar**
Debtor(s)

Case No.
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Scott R. Borstein**
**Scott R. Borstein**

Date: **May 12, 2014**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re **Scott R. Borstein**
**Lauren D. W. Tatar**

Debtor(s)

Case No.
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Lauren D. W. Tatar**
**Lauren D. W. Tatar**

Date: **May 12, 2014**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Scott R. Borstein, Lauren D. W. Tatar**, Debtors

Case No. ______________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3708 N. Paulina St. Chicago, IL 60613** | **Tenancy by the Entirety** | **W** | **775,000.00** | **679,676.49** |

Sub-Total > **775,000.00** (Total of this page)

Total > **775,000.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**, Debtors

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6131**<br>**BMO Harris Bank**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197** | | **W** | **Second Mortgage**<br>**3708 N. Paulina St.**<br>**Chicago, IL 60613**<br>Value $ **775,000.00** | | | | **280,278.81** | **0.00** |
| Account No. **xxxxxx7761**<br>**US Bank**<br>**4801 Frederica Street**<br>**Owensboro, KY 42301** | | **W** | **First Mortgage**<br>**3708 N. Paulina St.**<br>**Chicago, IL 60613**<br>Value $ **775,000.00** | | | | **399,397.68** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| | | | | | | Subtotal (Total of this page) | **679,676.49** | **0.00** |
| | | | | | | Total (Report on Summary of Schedules) | **679,676.49** | **0.00** |

**0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Alan Cohen**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Albert Halprin**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Alvin Rock**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Arnold Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |

**7** continuation sheets attached

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein, Lauren D. W. Tatar**, Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Barney Smith IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**BB Investments IV, LLC**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Benjamin Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Charles Schwab Co IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**David Bergman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein, Lauren D. W. Tatar**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**David M. Dworken**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Eric Weisberg**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Eugene Phinick**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Fiserv Oss IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Halprin Temple 401 K PR**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
, Debtors

Case No. ____________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Harlan Goldman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Howard Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Howard W. Bernstein**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Janice Jtwros Obuchowsk**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Joel Bernstein**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein, Lauren D. W. Tatar**, Debtors

Case No. ______________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joey Adam Lerner Profit S.<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br><br>**Kenneth Press<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br><br>**Larry Gilderman<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br><br>**Larry Kroll<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br><br>**Lawrence Philips<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein, Lauren D. W. Tatar**, Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Leonard Senkor**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Leslie Ulanow**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Marshall Goldman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Matthew Orel**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Michael Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein, Lauren D. W. Tatar**, Debtors

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Muriel Dworken**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | X | J | **Contract Claim** | | | X | **Unknown** |
| Account No.<br>**Roth Gerald Kess IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | X | J | **Contract Claim** | | | X | **Unknown** |
| Account No.<br>**Rudolph Schor**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | X | J | **Contract Claim** | | | X | **Unknown** |
| Account No.<br>**RW Baird, Inc.**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | X | J | **Contract Claim** | | | X | **Unknown** |
| Account No.<br>**Samuel Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | X | J | **Contract Claim** | | | X | **Unknown** |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
Debtors

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Seymour Press**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Stanley Millman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No.<br>**Steven Babat**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** | **X** | **J** | **Contract Claim** | | | **X** | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
Debtors

Case No. ______________________________

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Charles Schwab Co IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **David Bergman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Alan Cohen**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Albert Halprin**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Alvin Rock**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Arnold Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Barney Smith IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **BB Investments IV, LLC**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Benjamin Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |

**7** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
, Debtors

Case No. ______________________________

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **David M. Dworken**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Eric Weisberg**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Eugene Phinick**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Fiserv Oss IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Halprin Temple 401 K PR**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Harlan Goldman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Howard Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Howard W. Bernstein**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Janice Jtwros Obuchowsk**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Joel Bernstein**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |

Sheet **1** of **7** continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
, Debtors

Case No. ______________________________

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Joey Adam Lerner Profit S.**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Kenneth Press**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Larry Gilderman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Larry Kroll**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Lawrence Philips**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Leonard Senkor**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Leslie Ulanow**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Marshall Goldman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Matthew Orel**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Michael Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
, Debtors

Case No. ______________________________

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Muriel Dworken**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Roth Gerald Kess IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Rudolph Schor**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Samuel Horowitz**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Seymour Press**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **RW Baird, Inc.**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Stanley Millman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **416 West Deming Development**<br>**3708 N. Paulina**<br>**Chicago, IL 60613** | **Steven Babat**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **Silverleaf Development Corp.**<br>**3708 N. Paulina Street**<br>**Chicago, IL 60613** | **Charles Schwab Co IRA**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |
| **Silverleaf Development Corp.**<br>**3708 N. Paulina Street**<br>**Chicago, IL 60613** | **David Bergman**<br>**C/O of Jason A. Newman**<br>**77 W. Washington, Suite 1313**<br>**Chicago, IL 60602** |

Sheet **3** of **7** continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
, Debtors

Case No. ______________________________

## SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Alan Cohen<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Albert Halprin<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Alvin Rock<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Arnold Horowitz<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Barney Smith IRA<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **BB Investments IV, LLC<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Benjamin Horowitz<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **David M. Dworken<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Eric Weisberg<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Eugene Phinick<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |

Sheet **4** of **7** continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
, Debtors

Case No. ____________________

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Fiserv Oss IRA<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Halprin Temple 401 K PR<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Harlan Goldman<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Howard Horowitz<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Howard W. Bernstein<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Janice Jtwros Obuchowsk<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Joel Bernstein<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Joey Adam Lerner Profit S.<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Kenneth Press<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Larry Gilderman<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
Debtors

Case No. ______________________________

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Larry Kroll<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Lawrence Philips<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Leonard Senkor<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Leslie Ulanow<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Marshall Goldman<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Matthew Orel<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Michael Horowitz<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Muriel Dworken<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Roth Gerald Kess IRA<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Rudolph Schor<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Scott R. Borstein,**
**Lauren D. W. Tatar**
Debtors

Case No. ______________________________

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Samuel Horowitz<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Seymour Press<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **RW Baird, Inc.<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Stanley Millman<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |
| **Silverleaf Development Corp.<br>3708 N. Paulina Street<br>Chicago, IL 60613** | **Steven Babat<br>C/O of Jason A. Newman<br>77 W. Washington, Suite 1313<br>Chicago, IL 60602** |

Sheet **7** of **7** continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613

416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


416 West Deming Development
3708 N. Paulina
Chicago, IL 60613


Alan Cohen
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Albert Halprin
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Alvin Rock
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Arnold Horowitz
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Barney Smith IRA
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


BB Investments IV, LLC
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

Benjamin Horowitz
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


BMO Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Charles Schwab Co IRA
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


David Bergman
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


David M. Dworken
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Eric Weisberg
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Eugene Phinick
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Fiserv Oss IRA
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Halprin Temple 401 K PR
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

Harlan Goldman
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Howard Horowitz
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Howard W. Bernstein
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Janice Jtwros Obuchowsk
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Joel Bernstein
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Joey Adam Lerner Profit S.
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Kenneth Press
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Larry Gilderman
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Larry Kroll
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

Lawrence Philips
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Leonard Senkor
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Leslie Ulanow
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Marshall Goldman
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Matthew Orel
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Michael Horowitz
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Muriel Dworken
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Roth Gerald Kess IRA
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Rudolph Schor
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

RW Baird, Inc.
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

Samuel Horowitz
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

Seymour Press
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613

Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Silverleaf Development Corp.
3708 N. Paulina Street
Chicago, IL 60613


Stanley Millman
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


Steven Babat
C/O of Jason A. Newman
77 W. Washington, Suite 1313
Chicago, IL 60602


US Bank
4801 Frederica Street
Owensboro, KY 42301